UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEMETRIUS L. SPRINGS,**

    Petitioner,

v.                                      Case No. 3:14cv105/MCR/EMT

**W.L. GIELOW, et al.,**

    Respondents.

_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 8, 2014 (doc. 34).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation (doc. 34) is adopted and incorporated by reference in this Order.

    2.    Plaintiff's "Motion Requesting Court to Enter Judgement [sic] and Impose Default Against Defendants and Counselor-Reps of Record," which he characterized as an "Emergency" (doc. 18), is **DENIED**.

    **DONE and ORDERED** this 9th day of June, 2014.

                                      *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**