UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEMETRIUS L. SPRINGS,**

    **Plaintiff,**

v.                        Case No.: 3:14cv105/MCR/EMT

**W.L. GIELOW, et al.,**

    **Defendants.**
_____/

### ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 28, 2014 (doc. 82). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED without prejudice** because Plaintiff did not pay the filing fee at the time he initiated this case and Plaintiff is not entitled to be granted in forma pauperis status pursuant to 28 U.S.C. § 1915(g). This order hereby directs the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

    3.    All pending motions are **DENIED as moot**.

4.      This matter is referred to the United States Attorney's Office for the Northern District of Florida, which office should be directed to consider whether to pursue perjury charges against Plaintiff.[1]

**DONE AND ORDERED** this 28th day of March, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The undersigned has carefully considered the Magistrate Judge's recommendation that the matter be referred to the United States Attorney's Office for consideration of perjury charges against Plaintiff.  Although not present at the evidentiary hearing, the undersigned has reviewed the record and agrees with the Magistrate Judge's assessment of Plaintiff's lack of candor  and her conclusion that Plaintiff's allegations were fabricated.

Case No: 3:14cv105/MCR/EMT